UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW FREDERICK SMITH,

                Plaintiff,

        v.

EXPERIAN INFORMATION SOLUTIONS
INC., and VERIZON COMMUNICATIONS,
INC.,

                Defendants.

22-CV-06960 (JAV)

**ORDER**

---

JEANNETTE A. VARGAS, United States District Judge:

The Court is in receipt of the parties' status report dated February 2, 2026. The request to lift the stay in this matter is GRANTED. By May 8, 2026, Plaintiff and Defendant Verizon Communications, Inc., shall submit a joint letter outlining their positions regarding next steps in this matter.

The Clerk of Court is directed to lift the stay of this matter.

Dated: April 24, 2026
      New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge